IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS P. CONNELLY, Jr., et al.,**  <br><br>   Plaintiffs,  <br> v.  <br><br> **JAMES GREEN, et al.,**  <br><br>   Defendants. | **CIVIL ACTION NO.:**  <br><br> 5:22-cv-01163-JMG  <br><br> **JURY TRIAL DEMANDED** |

### VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (A)

**COME NOW**, the Plaintiffs, who by and through their undersigned counsel, hereby dismiss, <u>without prejudice</u>, **ALL DEFENDANTS**. The action may be marked closed.

Respectfully submitted,

**ON BEHALF OF ALL PLAINTIFFS**,

**Dated: <u>August 18, 2022</u>**

_____
**Thomas P. Connelly, Jr., Esq. (200586)**
*Attorney for Plaintiffs*